IN THE UNITED STATES DISTRCT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANGEL IRVIN, Individually and as Next Friend of MCKAYLA IRVIN and DAVID IRVIN | § § § § | |
| V. | § § | CIVIL ACTION NO: 1:17-cv-00824 |
| CLIFFORD SMITH and UNITED PARCEL SERVICE, INC. | § § § | |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendants, **CLIFFORD SMITH and UNITED PARCEL SERVICE, INC**, hereby removes this action to the United States District Court for the Western District of Texas from the 201st Judicial District Court of Travis County, Texas, stating as follows:

1. Plaintiff, Angel Irvin, Individually and as Next Friend of Mckayla Irvin and David Irvin commended this action in the 201st Judicial District Court of Travis County, Texas, where it was given Cause No. D-1-GN-17-003504. This action is between citizens of different states. Plaintiff is a resident of Texas. Defendant, Clifford Smith is a resident of the State of Colorado. Further, Plaintiff claims damages for serious personal injury and is seeking damages of $1,000,000. Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1332.

2. Defendants, United Parcel Services, Inc. and Clifford Smith received the summons and complaint on July 27, 2017, so this removal is timely under 28 U.S.C. § 1446(b).

3. A copy of all process, pleadings, and orders served upon Defendant(s) is attached as Exhibit A.

4. Defendant has provided written notice of this Notice of Removal to all adverse parties and has filed a copy with the Clerk of the 201st Judicial District Court of Travis County, Texas.

5. Defendants consent to the removal.

Dated: August 25, 2017

Respectfully submitted,

_____
LARRY D. WARREN
State Bar No. 20888450
ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile:  (210) 785-2950
lwarren@namanhowell.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August 2017, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel ***Via Facsimile:***

Scott R. Crivelli
State Bar No.: 24081713
THE CARLSON LAW FIRM, P.C.
100 East Central Texas Expressway
Killeen, Texas 76541
Telephone: (254) 526-5688
Facsimile: (254) 526-8204
scrivelli@carlsonattorneys.com
**ATTORNEYS FOR PLAINTIFF**

_____
LARRY D. WARREN