IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANGEL IRVIN, INDIVIDUALLY AND AS NEXT FRIEND OF MCKAYLA IRVIN AND DAVID IRVIN, | § § § § § § § § § § § § | |
| v. | | Civil Action No: 1:17-CV 00824-SS |
| CLIFFORD SMITH and UNITED PARCEL SERVICE, INC. | | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Please be advised that the parties have settled all of the claims and controversies in this lawsuit.

The Parties anticipate that final dismissal documents can be filed in the next 30 days.

Respectfully,

**THE CARLSON LAW FIRM, PC**
100 East Central Texas Expy
Killeen, TX 76541
254-526-5688 Phone
254-526-8204 Fax

By: _/s Scott R. Crivelli_____
Scott R. Crivelli
State Bar No.: 24081713
scrivelli@carlsonattorneys.com
cc: awood@carlsonattorneys.com
cc: rkelly@carlsonattorneys.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANGEL IRVIN, INDIVIDUALLY AND AS NEXT FRIEND OF MCKAYLA IRVIN AND DAVID IRVIN, | § § § § § § § | |
| v. | § § § | CIVIL ACTION NO: 1:17-CV 00824-SS |
| CLIFFORD SMITH and UNITED PARCEL SERVICE, INC. | § § | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November 2018, the foregoing was served on counsel via *E-MAIL:*

DONATO MINX BROWN POOL, P.C.
Attn: ALVIN D. HOUSTON and AARON POOL
apool@donatominxbrown.com
ahouston@donatominxbrown.com
cc: kcovington@donatominxbrown.com
cc: ddaniel@donatominxbrown.com
3200 Southwest Freeway, St. 2300
Houston, TX 77027
Telephone: (713) 877-1112
Facsimile: (713) 877-1138
**ATTORNEYS FOR DEFENDANTS**